IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ANGELA ARTHUR, *on behalf of herself and others similarly situated*,<br><br>      Plaintiff,<br> v.<br><br>OREGON COMMUNITY CREDIT UNION,<br><br>      Defendant. | Case No.: 6:24-cv-01700-MC<br><br>JUDGMENT |

  Based on the settlement and the ORDER FINALLY APPROVING CLASS ACTION SETTLEMENT, this action is DISMISSED, with prejudice.

  IT IS SO ORDERED.

  DATED this <u>14th</u> day of January 2026.

                /s/ Michael McShane
                **Michael J. McShane**
              **United States District Judge**